UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF WISCONSIN**

_____

UNITED STATES OF AMERICA,

        Plaintiff,                               Case No. 06-CR-155

        v.

MICHAEL J. RIO,

        Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE
_____

        Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant, Michael J. Rio to Count One of the Superseding Indictment, by which this defendant agreed to the forfeiture of the properties named in the forfeiture provision of the Superseding Indictment filed February 21, 2007;

        IT IS HEREBY ORDERED that the properties described below are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2428 and Title 21, United States Code, Section 853:

        1.     A Garmin GPS Unit, Serial Number 88573031.

        2.     An Elitegroup Black GQ5080 computer, with a 40 gigabyte Western Digital hard drive, Serial Number WCAJC2956322.

        3.     An unnamed silver computer, with a 80 gigabyte Barracuda hard drive, Serial Number SJVRKSAP and a 40 gigabyte Western Digital hard drive, Serial Number WCAATH134747.

IT IS FURTHER ORDERED that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in his Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 19th day of April, 2007.

          s/ Rudolph T. Randa
          HONORABLE RUDOLPH T. RANDA
          Chief U. S. District Judge